IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ARI WEINER, <br> Plaintiff, <br><br> v. <br><br> SUDLER AND COMPANY, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.:     21 – CV – 2379 <br><br> U.S. District Judge: <br> Charles R. Norgle, Sr. <br><br> U.S. Magistrate Judge: <br> Sunil R. Harjani |

## NOTICE OF DISMISSAL

Comes now Plaintiff Ari Weiner and, pursuant to Fed. R. Civ. Proc 41(a)(1)(A)(i), hereby dismiss the above-captioned action.

Respectfully Submitted,

s/ Ari Weiner

Ari Weiner
400 E Randolph St
Ste 3028
Chicago, IL 60601
(312) 590-7149
aw4501@sbcglobal.net